WILSON TURNER KOSMO LLP
VICKIE E. TURNER (106431)
ROBERT K. DIXON (262252)
OLIVIA J. MINER (306546)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:  (619) 236-9669
E-mail:  vturner@wilsonturnerkosmo.com
E-mail:  rdixon@wilsonturnerkosmo.com
E-mail:  ominer@wilsonturnerkosmo.com

Attorneys for Defendant
CONAGRA BRANDS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JEANETTE WALKER,<br><br>    Plaintiff,<br><br>  v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 8:20-cv-01679<br><br>**DECLARATION OF ROBERT K. DIXON IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**<br><br>Complaint Filed:  May 26, 2020<br><br>District Judge:<br>Courtroom:<br><br>Magistrate Judge:<br>Courtroom:<br>Trial Date: Not Set |

I, Robert K. Dixon, declare:

1.  I am an attorney duly licensed to practice in the State of California and a Partner at the law firm of Wilson Turner Kosmo LLP.  I am one of the attorneys of record for Defendant Conagra Brands, Inc. ("CONAGRA").  I have personal knowledge of the facts contained in this declaration, and if called upon to testify I would and could do so as set forth herein.

2.  On May 26, 2020, Plaintiff JEANETTE WALKER ("Plaintiff") filed a civil action in the Superior Court of the State of California, County of Orange, entitled

1. *Jeanette Walker v. CONAGRA BRANDS, INC., et al.*, Case No. 30-2020-01142782-CU-PL-CJC (the "Complaint"). The only named defendant in the Complaint is CONAGRA. Plaintiff asserts product liability claims against CONAGRA, which stem from an alleged accident involving a Conagra cooking spray product on October 13, 2019. A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit A**.

3. On August 6, 2020, Plaintiff personally served CONAGRA through its agent for service of process. A true and correct copy of the Summons and Complaint served on CONAGRA are attached hereto as **Exhibit B**.

4. On September 2, 2020, CONAGRA timely filed and served its Answer to the Complaint in Orange County Superior Court. A true and correct copy of CONAGRA's Answer is attached hereto as **Exhibit C**.

5. CONAGRA, at the time this action was commenced, was and still is a corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Illinois, and was not and is not organized under the laws of the State of California, wherein this action was brought.

6. Plaintiff's Complaint does not plead a particular amount in controversy or seek particular amounts of damages. According to Plaintiff's Complaint, Plaintiff seeks general damages, past and future medical expenses, future lost earnings and/or lost earning capacity, and costs of suit. Conagra disputes that it is liable for any damages whatsoever to Plaintiff. Nevertheless, it is clear from the face of Plaintiff's Complaint that Plaintiff seeks damages in excess of $75,000.

7. Plaintiff alleges she suffered "severe second and third degree burns covering a substantial portion of her body". (Compl. at ¶ 10.) Additionally, Plaintiff continues to suffer from ongoing "pain, suffering, and emotional grief" as a result of a kitchen fire she believes was caused by Conagra's cooking spray product. (*Id.*)

8. Plaintiff seeks to recover "damages for past and future medical expenses, future lost earnings and/or lost earning capacity, and past and future non-economic

damages for her pain, suffering, emotional distress, and disfigurement in a sum in excess of the minimum subject matter jurisdiction of this Superior Court. . ." (*Id*. at ¶ 16.)  Further, according to Plaintiff's Complaint, she was hospitalized for nearly two months due to the subject accident.  (*Id*. ¶ 10.) Based on the allegations in Plaintiff's Complaint, it is clear that the amount in controversy exceeds $75,000.

9. A true and correct copy of all other process, pleadings, and orders served in this action at the time of this removal and known to CONAGRA are attached hereto as **Exhibit D**, including a subsequent copy of the original summons and complaint as well as additional case related documents.  I am informed and believe that no other process, pleadings, or orders have been filed, served, or received by CONAGRA in this case. Pursuant to 28 U.S.C. Section 1446(a), and to the best of CONAGRA's knowledge, Exhibits A through D constitute all the process, pleadings, and orders served in this action at the time of this removal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 3rd day of September, 2020, pursuant to the laws of the United States of America and the State of California, at San Diego, California.

> */s/ Robert K. Dixon*
> ROBERT K. DIXON

**EXHIBITS-TABLE OF CONTENTS**

| Exhibit Number | Description | Page Numbers |
|---|---|---|
| A. | Plaintiff's Complaint | 5 -16 |
| B. | Plaintiff's Summons and Complaint | 17 - 26 |
| C. | CONAGRA's Answer | 27 - 40 |
| D. | Copy of all other process, pleadings, and orders served in this action | 41 - 68 |